No. 91–1718.  HAMPTON TREE FARMS, INC., ET AL. *v.* MADIGAN, SECRETARY OF AGRICULTURE, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 91–1728.  WHITE *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 91–1733.  ALLNUTT *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 4th Cir.  Certiorari denied.

No. 91–1736.  ENOCH *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 91–1743.  UNITED MISSIONARY AVIATION, INC. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 8th Cir.  Certiorari denied.

No. 91–1744.  GALAXY COMMUNICATIONS, INC. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 91–1753.  STASKUS *v.* GENE WEISS PLACE FOR FITNESS, INC.  Ct. App. Ohio, Cuyahoga County.  Certiorari denied.

No. 91–1756.  BAILEY *v.* KEEP ET AL.  Sup. Ct. Ohio.  Certiorari denied.

No. 91–1759.  SKY AD, INC., ET AL. *v.* MCCLURE ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 91–1760.  JOHNSON *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 91–1770.  BEAVERS *v.* NATIONAL TRANSPORTATION SAFETY BOARD ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 91–1781.  ALABAMA *v.* BROOKS.  Ct. Crim. App. Ala.  Certiorari denied.

No. 91–1784.  PRINCE *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.